Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
James C. Magid (233043)
**BERMAN DeVALERIO PEASE TABACCO BURT& PUCILLO**
425 California Street, 21st Floor
San Francisco, CA  94104
Telephone:  415-433-3200
Facsimile:  415-433-6382

**Liason Counsel**

Christopher Lovell
Imtiaz Siddiqui
**LOVELL STEWART HALEBIAN LLP**
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone: (212) 608-1900

**Counsel for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE INTERNATIONAL AIR TRANSPORTATION SURCHARGE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>    ALL ACTIONS. | Master File No. M 06-1793 CRB<br>MDL No. 1793<br><br>[PROPOSED] ORDER TO RELATE CASES |

[M 06-1793 CRB] [PROPOSED] ORDER TO RELATE CASES

Kirby K. Kim, plaintiff in *Kirby K. Kim et al., v. Korean Air Lines Co., Ltd*, Case No. C-07-04245-MEJ has filed an Administrative Motion To Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court, having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion To Consider Whether Cases Should Be Related.

IT IS ORDERED that the following case is related to *In re International Air Transportation Surcharge Antitrust Litigation*, Master File No. 06-CV-1793 CRB (MDL No. 1793):

1. *Kirby K. Kim v. Korean Air Lines Co., Ltd.*, Case No. C-07-04245-MEJ

**IT IS SO ORDERED.**

Dated: August 24, 2007

_____
The Honorable Charles R. Breyer
United States District Judge

